UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY SHRONE PERSON,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>RAMONA M. JONES et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:23-cv-05755-DGE-MLP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 14) |

The Court, having reviewed *de novo* Plaintiff's pleading; the Report and Recommendation of the Honorable Michelle L. Peterson (Dkt. No. 14), United States Magistrate Judge; objections to the Report and Recommendation, if any; and the remaining record; hereby ORDERS:

1. The Report and Recommendation (Dkt. No. 14) is ADOPTED;

2. Plaintiff's pleading (Dkt. No. 1) is DISMISSED with prejudice to the extent he asks this Court to commence criminal proceedings against Defendants, and without

- 1

prejudice to the extent he is attempting to challenge the validity of his convictions in this action;

3. Plaintiff's IFP application (Dkt. No. 9) is DENIED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

4. Plaintiff's motions to compel (Dkt. Nos. 2, 12) are DENIED as moot.

Dated this 21st day of November 2023.

David G. Estudillo
United States District Judge