UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY SHRONE PERSON,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>RAMONA M. JONES et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:23-cv-05755-DGE<br><br>ORDER DENYING MOTION FOR FULL AND FAIR INVESTIGATION (DKT. NO. 17) |

　　　Before the Court is a Motion for Full and Fair Investigation brought by Plaintiff Anthony Person. (Dkt. No. 17.) As the instant case has already been dismissed (Dkt. Nos. 15, 16), Plaintiff's motion is not properly before the Court and Plaintiff is not entitled to relief. Accordingly, the Court DENIES Plaintiff's motion.

　　　Dated this 27th day of December 2023.

　　　　　　　　　　　　　　　　　　　David G. Estudillo
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING MOTION FOR FULL AND FAIR INVESTIGATION (DKT. NO. 17) - 1